IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GLORIA LANCASTER

v.   NO. 11-7161

NCO FINANCIAL SYSTEMS, INC.

FILED
MAR 7 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

JUDGMENT

BEFORE SANCHEZ, J.

    AND NOW, to wit, this 7th day of March, 2012, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
    It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $1,500.00 together with interest and costs.

BY THE COURT:

ATTEST:

*Richard Sabol*
Richard Sabol, Deputy Clerk

judg